UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| KENNETH L. COONS | ) | Chapter 13 Proceedings |
| DOROTHY A. COONS | ) | |
| | ) | Case No.   18-22596 KL |
| **Debtors** | ) | |

## OBJECTION TO CONFIRMATION OF AMENDED PLAN

Comes now Paul R. Chael, Standing Chapter 13 Trustee herein, and objects to confirmation of the Debtors' Amended Plan filed on March 1, 2019, and in support thereof, states as follows:

1. Debtors' filed an Amended Plan on March 1, 2019.  The Amended Plan does not provide for the post-petition fees of Cenlar.

**WHEREFORE,** Trustee respectfully requests a hearing on this matter, and for all other appropriate relief just and proper in the premises.

/s/ Amy J. Godshalk
Staff Attorney for Paul R. Chael
Standing Chapter 13 Trustee
Indiana Atty No. 16806-64

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, service of a true and complete copy of the above and foregoing pleading or paper is being made through the Court's ECF system upon the following:

U.S. Trustee - ustpregion10.soecf@usdoj.gov.com
Kevin M. Schmidt – courtmail@kmslawoffice.net
Sarah E. Barngrover – amps@manleydeas.com
Steven H. Patterson – inbk@rslegal.com
Molly S. Simons – bankruptcy@sottileandbarile.com

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtors – Kenneth and Dorothy Coons, 6627 Portage Ave., Portage, IN 46368

/s/ Michelle J. Sersic
Legal Assistant to Paul R. Chael
Chapter 13 Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410