UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: KENNETH L. COONS ) CHAPTER 13 PROCEEDINGS
DOROTHY A. COONS )
DEBTORS ) CASE NO. 18-22596
)

## AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER

Come now Debtors, by counsel, Kevin Schmidt, and Chapter 13 Trustee, Paul R. Chael, on the above-captioned Chapter 13 case, and show the Court that on February 28, 2019 Debtors filed a Chapter 13 Plan. The Debtors and the Trustee hereby stipulate to the following modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

CENLAR SHALL BE PAID ALLOWED POST-PETITION FEES. DEBTORS SHALL PAY INTO THE PLAN TAX REFUNDS IN EXCESS OF $750.00 PER YEAR

And the Court having examined said stipulated modification of the Plan, and being duly advised in the premises, finds that said proposed modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or affect the feasibility of the Plan, and that said proposed immaterial modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

SO ORDERED.

Dated:_____

_____
Judge, U. S. Bankruptcy Court

Distribution:
Debtors
Debtors' Attorney
U. S. Trustee

**EXAMINED AND APPROVED:**

_____, Attorney for Debtors

_____
Staff Attorney for Paul R. Chael, Trustee
Indiana Attorney No. 16068-64